UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

September 14, 2020

## LETTER ORDER

Re:   **Blixt, et al. v. United States Department of State, et al.**
      **Civil Action No. 20-2102 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) The parties shall serve amended disclosures by **September 28, 2020**.

2) The parties shall submit a stipulation of agreed facts by **September 28, 2020**.

3) The parties shall file motions for summary judgment on the Section 1503(a) claim by **November 18, 2020**. Oppositions to such motions shall be filed by **January 4, 2021**. Any replies shall be filed by **February 4, 2021**. The formal return date of any such motions shall be **February 16, 2021**.

4) Discovery on the Constitutional claims is stayed pending further order of the Court.

5) The Court will conduct a telephone status conference with the parties on **March 31, 2021 at 10:00 AM**. Counsel for Defendants shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**