# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALLISON DAWN BLIXT and L. Z.-B. | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 2:20-cv-02102-KM-JBC |
| The UNITED STATES DEPARTMENT OF STATE and ANTONY J. BLINKEN in his official capacity as Secretary, U.S. Department of State | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Defendants' motion for a 14-day extension of the case deadlines, for good cause shown, it is HEREBY ORDERED that Defendants' motion is GRANTED.

It is SO ORDERED.

\_\_\_5/7/2021_____
Date

\_\_\_/s/ Kevin McNulty_____
Kevin McNulty
United States District Judge